AO 257 (Rev. 6/78)



| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C. Section 641 - Theft of Government Property (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ CRAIG CREAMER (a/k/a Reginald Burton)

DISTRICT COURT NUMBER
**CR08-0207 WDB**

FILED MAR 3 1 2008
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND, CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Social Security Administration Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Joseph P. Russoniello
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Maureen C. Bessette

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance

Defendant Address:
215 W. Macarthur Blvd. Apt. 117, Oakland, CA 94611

Comments:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: April 15, 2008  Before Judge: Brazil

E-filing

FILED
2008 MAR 31 PM 2: 04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br>CRAIG CREAMER,  <br>(a/k/a Reginald Burton)  <br>  Defendant. | No. CR08-0207 WDB  <br>  <br>VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property (Class A Misdemeanor)  <br>  <br>OAKLAND VENUE |

## INFORMATION

The United States Attorney charges:

On or about and between 1989 and October 2007, in the Northern District of California, the defendant,

CRAIG CREAMER,

did knowingly embezzle, steal, purloin, and convert to his own use money of the United States or a department and agency thereof, to wit: Social Security benefits, and did receive, conceal, and retain such money with the intent to convert it to his gain, knowing it to have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code, Section

////

INFORMATION

641, a Class A misdemeanor.

DATED: March 31, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ W. Douglas Sprague

W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: /s/ Maureen Bessette )
MAUREEN BESSETTE
Assistant United States Attorney

INFORMATION