**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald V. Dellums Federal Building*     *(510) 637-3680*

---

*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*     *FAX (510) 637-3724*

April 4, 2008

VIA E-FILING

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

    Re:    <u>United States v. Craig Creamer</u>, CR-08-0207-WDB

Dear Judge Brazil:

    The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set on the Court's Criminal Calendar at 10:00 a.m. on April 21, 2008 for an initial appearance and arraignment. I have spoken to the defendant's attorney, Theresa Gibbons, who has been in contact with her client. She and I have agreed upon the date and time above for the initial appearance and arraignment. Please vacate the original April 8, 2008 appearance date.

    Very Truly Yours,

    JOSEPH P. RUSSONIELLO
    United States Attorney

    _____/s/_____
    SARALA V. NAGALA
    Law Clerk

cc: Theresa Gibbons