06/09/2008 01:17 PM EST

Version 7.0.1

**Oakland**

## Case Debt Type Payment Report
### U.S. Courts

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN408CR000207 | | US VS CREAMER | | | | | | |
| 001 | CRAIG CREAMER | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002241 | 1   PR | 25.00 | 06/02/2008 |
| | | | | | | Division Payment Total | | 25.00 | |
| | | | | | | Grand Total | | 25.00 | |

**FILED**
JUN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

$ 25.00  SPECIAL ASSESSMENT
         PAID IN FULL
                        on 6/2/08

Page 1 of 1